Nathan J. YANCEY, Jr., Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director, Virginia Department of Corrections; D. Garraghty, Warden, Greenville Correctional Center, Respondents–Appellees.

No. 02–6055.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 26, 2002.

Nathan J. Yancey, Jr., Appellant Pro Se. Steven Andrew Witmer, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Nathan J. Yancey, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Yancey v. Angelone,* No. CA–01–485–AM (E.D.Va.

Dec. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*